Remy Kessler (SBN 123165)
Email: rkessler@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213-457-8000
Facsimile: 213-457-8080

Elizabeth J. Boca (SBN 255719)
Email: eboca@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543-8700
Facsimile: 415-391-8269

Attorneys for Defendants
RADIOSHACK CORPORATION and
DENISE LEVESQUE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SPAGNOLA BARRETO,<br><br>Plaintiff,<br><br>vs.<br><br>RADIOSHACK CORPORATION, a corporation, DENISE LEVESQUE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13CV-8095 DMG (PJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [26]** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Based upon the parties' Stipulation, filed on February 21, 2014,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Neither party shall file any document with this Court seeking to recover her/its attorneys' fees or costs.

IT IS SO ORDERED.

DATED: February 24, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**